**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF PUERTO RICO

Case number *(if known)*: _____    Chapter **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MFJ CONTRACTOR LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA MFJ CONTRACTOR** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0945400** |

| 4. | **Debtor's address** | **Principal place of business** <br><br> **CAMINO LOS NIEVES ROAD 829 KM 3.8 Bayamon, PR 00959** <br> Number, Street, City, State & ZIP Code <br><br> **Bayamon** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO BOX 2947 Guaynabo, PR 00970** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **CAMINO LOS NIEVES, ROAD 829 KM 3.8 Bayamon, PR 00959** <br> Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |
|---|---|---|

Debtor **MFJ CONTRACTOR LLC**       Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3622**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

District **SAN JUAN**      When **7/05/23**      Case number **23-02064 [EAG]**
District _____      When _____      Case number _____

Debtor **MFJ CONTRACTOR LLC** _____  Case number (_if known_) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in _this district?_**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | **MFJ CONTRACTOR LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **MFJ CONTRACTOR LLC**  Case number (*if known*) _____
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 12, 2024**
              MM / DD / YYYY

X **/s/ MARILYN CUADRDO**                              **MARILYN CUADRDO**
Signature of authorized representative of debtor        Printed name

Title  **PRESIDENT, TREASURER & SECRETARY**

**18. Signature of attorney**

X **/s/ EMILY DARICE DAVILA, ESQ**                     Date  **June 12, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**EMILY DARICE DAVILA, ESQ**
Printed name

**EMILY D DAVILA LAW FIRM**
Firm name

**420 PONCE DE LEON AVE
MIDTOWN SUITE 311
San Juan, PR 00918**
Number, Street, City, State & ZIP Code

Contact phone  **787 759-8090**    Email address  **davilaww@prtc.net**

**USDC-PR 214503 PR**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

*MFJ CONTRACTOR, LLC.*
*P.O. BOX 2947*
*GUAYNABO, PR 00970*
*Email: mfjcontractorllc@gmail.com*
*Tel. 787-297-0373*

I, MARILYN CUADRADO, declare under penalty of perjury that I am the PRESIDENT, TREASURER & SECRETARY of MFJ CONTRACTOR, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on June 3, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code.

Be it Therefore Resolved, that MARILYN CUADRADO, of this Corporation, PRESIDENT, TREASURER & SECRETARY is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved that MARILYN CUADRADO, PRESIDENT, TREASURER & SECRETARY of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be it Further Resolved, that MARILYN CUADRADO, PRESIDENT, TREASURER & SECRETARY of this corporation is authorized and directed to employ EMILY DARICE DAVILA, ESQ, attorney and the law firm of EMILY D. DAVILA LAW FIRM to represent the corporation in such bankruptcy case".

DATE: June 3, 2024.

Signed /s/ MARILYN CUADRADO

[SEAL: MFJ CONTRACTOR LLC CORPORATE SEAL No.443385 COMMONWEALTH OF PUERTO RICO 2020]



Government of Puerto Rico

# CERTIFICATE OF ORGANIZATION

I, **Elmer L. Roman, Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That **MFJ CONTRACTOR LLC**, register number **443385**, is a **Domestic Limited Liability Company For Profit** organized under the laws of Puerto Rico on this **5th of May, 2020 at 08:33 PM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **May 5, 2020.**

**Elmer L. Roman**
Secretary of State

1764496 - $250.00



Government of Puerto Rico
Department of State

Transaction Date: 05-May-2020
Register No: 443385
Order No: 1764496

# Government of Puerto Rico
## Certificate of Formation of a Limited Liability Company

### Article I - Limited Liability Company Name

The name of the Domestic Limited Liability Company is: **MFJ CONTRACTOR LLC**
Desired term for the entity name is: **LLC**

### Article II - Principal Office and Resident Agent

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **CAMINO LOS NIEVES, CARR 829 KM 3.8, BAYAMON, PR, 00959** |
| Mailing Address | **PO BOX 2947, GUAYNABO, PR, 00970-2947** |
| Phone | **(787) 297-0373** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **CUADRADO, MARILYN** |
| Street Address | **CAMINO LOS NIEVES, CARR 829 KM 3.8, BAYAMON, PR, 00959** |
| Mailing Address | **PO BOX 2947, GUAYNABO, PR, 00970-2947** |
| Email | **mfjcontractorllc@gmail.com** |
| Phone | **(787) 297-0373** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**CONTRATISTA GENERAL. CONSTRUCCION RESIDENCIAL, COMERCIAL E INDUSTRIAL. SERVICIOS DE PLOMERIA, ELECTRICIDAD Y CUALQUIER OTRO PROPOSITO PERMITIDO POR LEY. SE CONTRATARA PERSONAL DEBIDAMENTE LICENCIADO PARA PROVEER LOS SERVICIOS.**

### Article IV - Authorized Persons

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **CUADRADO, MARILYN** |
| Street Address | **CAMINO LOS NIEVES, CARR 829 KM 3.8, BAYAMON, PR, 00959** |
| Mailing Address | **PO BOX 2947, GUAYNABO, PR, 00970** |
| Email | **mfjcontractorllc@gmail.com** |

### Article V - Administrators

Faculties will not end by presenting this Certificate.

MFJ CONTRACTOR LLC                                                              Domestic Limited Liability Company

### Article VI - Terms of Existence

The term of existence of this entity will be. **Perpetual**

The date from which the entity will be effective is: **05-May-2020**

### Supporting Documents

| Document | Date Issued |
|---|---|

### STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We CUADRADO, MARILYN, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 5th day of May, 2020.

# United States Bankruptcy Court
### District of Puerto Rico

In re  **MFJ CONTRACTOR LLC**
Debtor(s)

Case No.
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **MFJ CONTRACTOR LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MARILYN CUADRADO NIEVES
PO BOX 2947
GUAYNABO
Guaynabo, PR 00970**

☐ None [*Check if applicable*]

**June 12, 2024**
Date

**/s/ EMILY DARICE DAVILA, ESQ**
**EMILY DARICE DAVILA, ESQ**
Signature of Attorney or Litigant
Counsel for  **MFJ CONTRACTOR LLC**
**EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
San Juan, PR 00918
787 759-8090 Fax:787 759-9620
davilaww@prtc.net**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Puerto Rico

In re  **MFJ CONTRACTOR LLC**                                                    Case No.
                                        Debtor(s)                                 Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,500.00** |
   | Prior to the filing of this statement I have received | $ **2,500.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 12, 2024** | **/s/ EMILY DARICE DAVILA, ESQ** |
| *Date* | **EMILY DARICE DAVILA, ESQ** |
| | *Signature of Attorney* |
| | **EMILY D DAVILA LAW FIRM** |
| | **420 PONCE DE LEON AVE** |
| | **MIDTOWN SUITE 311** |
| | **San Juan, PR 00918** |
| | **787 759-8090   Fax: 787 759-9620** |
| | davilalaww@prtc.net |
| | *Name of law firm* |

```
MFJ CONTRACTOR LLC
PO BOX 2947
GUAYNABO PR 00970

EMILY DARICE DAVILA, ESQ
EMILY D DAVILA LAW FIRM
420 PONCE DE LEON AVE
MIDTOWN SUITE 311
SAN JUAN, PR 00918

BERNARDO REYES AVILES
COLINAS DE CERRO GORDO
BO SABANA
BAYAMON PR 00959

DACO
REGIONAL OFFICE SAN JUAN
PO BOX 41059
SAN JUAN PR 00940-1059

DEPARTMENT OF TREASURY
PO BOX 9024140
SAN JUAN PR 00902-4140

LYSETTE MORALES VIDAL
76 AQUAMARINA ST.
CAGUAS PR 00725-1908

MARGIE NIEVES & OLVIN QUINTERO ROSADO
HC01 BOX 11545
TOA BAJA PR 00949

MARICARMEN SANTANA & ANGEL SANCHEZ
URB EL CORTIJO
E66 CALLE 8
BAYAMON PR 00956-5641

MARILYN CUADRADO & FRANCISCO NIEVES
CAMINO LOS NIEVES
ROAD 829 KM 3.8
BAYAMON PR 00959

MARILYN CUADRADO NIEVES
PO BOX 2947
GUAYNABO
GUAYNABO PR 00970

MUNICIPIO DE BAYAMON
DEPARTAMENTO DE FINANZAS
P O BOX 1588
BAYAMON PR 00960-1588
```

```
RAYMOND MORALES
URB CIUDAD JARDIN 11
166 CALLE BEGONIA
TOA ALTA PR 00953
```